UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LARRY HALL, JR.,

        Plaintiff

    v.                         C-1-13-509

PATRICK R. DONAHOE
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 22) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 22) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Pursuant to the filing of the Amended Complaint (doc. no.

2

21), defendant's Motion to Dismiss the Original Complaint (doc. no. 10) is MOOT AND THEREFORE DENIED.

This case is RECOMMITTED to the United States Magistrate for further proceedings according to law.

IT IS SO ORDERED.

                                                  **s/Herman J. Weber**
                                          **Herman J. Weber, Senior Judge**
                                            **United States District Court**