IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Larry Jr. Hall, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv509 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Postal Service, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 9, 2014 a Report and Recommendation (Doc. 29).  Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 31) and plaintiff's filed a response (Doc. 32).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion to dismiss the amended complaint (Doc. 24) is **DENIED.**

IT IS SO ORDERED.

                              ___s/Susan J. Dlott_____
                              Judge Susan J. Dlott
                              United States District Court